# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VERINT AMERICAS INC., d/b/a FORESEE RESULTS,<br><br>              Plaintiff,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>              Defendant. | Civil Action No. 1:19-cv-02892-JPB |

## THE PARTIES' JOINT STATUS UPDATE ON THE MOOTNESS ISSUE AND PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's March 17th Order (ECF No. 39), The Regents of the University of Michigan ("U-M") and Verint Americas Inc. ("Verint") (collectively, the "Parties") provide the Court with a status update regarding the mootness issue and propose a briefing schedule.

### I.  BACKGROUND

This action requests cancellation of U.S. Trademark Registration Nos. 2,127,772 and 2,122,752 (collectively, the "Registered Trademarks"), a declaration of trademark misuse and a declaration that Verint does not infringe the Registered Trademarks. This Court previously granted U-M's Motion to Dismiss, explicitly limiting its ruling to Eleventh Amendment sovereign immunity grounds. (ECF No. 29 at 8 and n.4.)

Verint appealed to the Eleventh Circuit. (ECF No. 31.) Shortly before oral argument, U-M assigned the Registered Trademarks to a non-party private entity, the American Customer Satisfaction Index, LLC ("ACSI"). Subsequently, the Parties jointly moved the Eleventh Circuit to postpone the scheduled oral argument to allow time for the Parties to consider whether the assignment of the Registered Trademarks rendered the Eleventh Amendment issues (the only issues raised on appeal) moot. Rather than postpone the oral argument, the Eleventh Circuit vacated this Court's dismissal order and remanded for this Court to "consider the effect of the University of Michigan's assignment of the trademarks in the first instance." *See* Order on Joint Mot. to Postpone Oral Arg. at 2, *Verint Americas Inc. v. The Regents of the Univ. of Mich.*, No. 20-11193 (11th Cir. Mar. 16, 2021).

This Court then ordered the Parties to "provide the Court with a status update regarding the mootness issue and a proposed briefing schedule." (ECF No. 39.)

## II.      STATUS UPDATE

The parties have met repeatedly to address the Court's order. Verint has agreed not to oppose a motion to dismiss U-M as a party and to substitute ACSI. Furthermore, ACSI—in its agreement with U-M to take an assignment of the

Registered Trademarks—agreed to consent to substitution for U-M in this proceeding.

Accordingly, the Parties agree and jointly advise the Court that, upon dismissal of U-M from this case, the Court need not address the mootness issue.

### III.     THE PARTIES' PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's March 17th Order, the Parties propose the following briefing schedule:

| Event | Deadline |
|---|---|
| U-M files its Unopposed Motion to Substitute ACSI for U-M under Fed. R. Civ. P. 25(c) and to Dismiss U-M | **Thursday, April 22, 2021** |
| ACSI responds to the proposed substitution under Fed. R. Civ. P. 25(c)[1] | **Thursday, May 6, 2021** |
| Court rules on U-M's Motion to Dismiss U-M and Substitute ACSI for U-M | **[to be determined by the Court]** |
| Verint files its amended complaint | **+30 days after the Court's order on substitution** |
| ACSI responds to Verint's amended complaint | **+21 days after Verint's filing of its amended complaint** |

---

[1] ACSI has agreed to consent to the substitution, but, as ACSI is not a party to or represented by counsel in this action, this proposed schedule affords ACSI an opportunity to be heard.

## IV.     CONCLUSION

The Parties respectfully request the Court to adopt the proposed briefing schedule.

Dated: April 15, 2021                                              Respectfully submitted,

| | |
|---|---|
| */s/ Lawrence K. Nodine* | */s/ Stephen M. Schaetzel* |
| Lawrence K. Nodine | Stephen M. Schaetzel |
| Georgia Bar No. 545250 | Georgia Bar No. 628653 |
| nodinel@ballardspahr.com | SSchaetzel@mcciplaw.com |
| Richard W. Miller | Robert J. Leonard |
| Georgia Bar No. 065257 | Georgia Bar No. 303694 |
| millerrw@ballardspahr.com | RLeonard@mcciplaw.com |
| Chittam U. Thakore | Meunier Carlin & Curfman LLC |
| thakorec@ballardspahr.com | 999 Peachtree Street NE, Suite 1300 |
| Georgia Bar No. 890965 | Atlanta, Georgia 30309 |
| Alan White | Telephone: (404) 645-7700 |
| Georgia Bar No. 410546 | Facsimile:  (404) 645-7707 |
| whiteda@ballardsphar.com | |
| Ballard Spahr LLP | *Counsel for Plaintiff* |
| 999 Peachtree Street NE, Suite 1600 | |
| Atlanta, Georgia 30309 | |
| Telephone: (404) 420-9300 | |
| Facsimile: (404) 420-9301 | |

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that **THE PARTIES' JOINT STATUS UPDATE ON THE MOOTNESS ISSUE AND PROPOSED BRIEFING SCHEDULE** complies with the font and point selection approved by the Court in LR 5.1(B). The foregoing was prepared using Microsoft Word processing system using the 14-point Times New Roman font.

*/s/ Lawrence K. Nodine*
Lawrence K. Nodine
(Georgia Bar No. 545250)
nodinel@ballardspahr.com
Ballard Spahr LLP

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, a true and correct copy of **THE PARTIES' JOINT STATUS UPDATE ON THE MOOTNESS ISSUE AND PROPOSED BRIEFING SCHEDULE** was electronically filed with the Clerk of Court using CM/ECF, which will automatically send an e-mail notification of the filing to all attorneys of record in this case.

    */s/ Lawrence K. Nodine*
    Lawrence K. Nodine
    (Georgia Bar No. 545250)
    nodinel@ballardspahr.com
    Ballard Spahr LLP

    *Counsel for Defendant*