UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VERINT AMERICAS INC., d/b/a FORESEE RESULTS,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>Defendant. | CIVIL ACTION NO.<br>1:19-CV-02892-JPB |

## ORDER ON STATUS REPORT

This matter is before the Court on the parties' Joint Status Update on the Mootness Issue and Proposed Briefing Schedule [Doc. 40]. The parties' proposed briefing schedule is **APPROVED**.

**IT IS HEREBY ORDERED** that Defendant shall file its Unopposed Motion to Substitute no later than April 22, 2021. Any response thereto shall be filed no later than May 6, 2021.

**SO ORDERED** this 19th day of April, 2021.

J. P. BOULEE
United States District Judge